FILED:  March 18, 2015

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 15-1069

(1:14-cv-00632-GBL-TRJ)

_____


TAI CONLEY

      Plaintiff - Appellant

v.

ASSOCIATION OF FUNDRAISING PROFESSIONALS

      Defendant - Appellee

_____

O R D E R

_____


The court extends the briefing schedule as follows:

Appendix due: 03/31/2015

Opening brief due: 03/31/2015

Response brief due: 05/04/2015

Any reply brief: 14 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk